Argued April 22, affirmed May 17, 1976

In the Matter of the Dissolution of the Marriage of
ROUSE, *Appellant,*
*and*
ROUSE, *Respondent.*
(No. 416-514, CA 5798)
549 P2d 530

*John Bassett,* Milwaukie, argued the cause and filed the brief for appellant.

*John M. Winkler,* Portland, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Langtry and Thornton, Judges.

PER CURIAM.

Affirmed. *Kitson and Kitson,* 17 Or App 648, 523 P2d 575, Sup Ct *review denied* (1974).